Case 1:24-cv-12425   Document 1   Filed 09/24/24   Page 1 of 5

Sharon-Shawn A. Bell vs. Boston Housing Authority et al

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

Post COVID19

for the

District of Massachusetts

|  |  |
|---|---|
| Sharon-Shawn A. Bell <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -v- <br><br> Boston Housing Authority et al <br> Joanne Winter-BHA Housing Specialist <br> Kenzie Bok -BHA Commissioner <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No |

*FILED IN CLERK'S OFFICE 2024 SEP 24 PM 3:03 U.S. DISTRICT COURT DISTRICT OF MASS.*

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Sharon-Shawn A. Bell (first name is hyphenated) |
| Street Address | 145 Commercial Street Apt #503    Christopher Columbus Plaza |
| City and County | Boston. Suffolk County |
| State and Zip Code | Massachusetts. 02109 |
| Telephone Number | (413) 466-4329 |
| E-mail Address | sharonshawn.annette.bell.covid19@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Case 1:24-cv-12425   Document 1   Filed 09/24/24   Page 2 of 5

Sharon-Shawn A. Bell vs. Boston Housing Authority et al

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

POST COVID19

Defendant No. 1
- Name: Boston Housing Authority
- Job or Title (if known):
- Street Address: 52 Chauncy Street
- City and County: Boston. Suffolk County
- State and Zip Code: Massachusetts. 02111
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Joanne Winter
- Job or Title (if known): Boston Housing Authority Housing Specialist
- Street Address: 52 Chauncy Street
- City and County: Boston. Suffolk County
- State and Zip Code: Massachusetts. 02111
- Telephone Number:
- E-mail Address (if known): Joanne.Winter@bha.org

Defendant No. 3
- Name: Kenzie Bok
- Job or Title (if known): Boston Housing Authority Commissioner
- Street Address: 52 Chauncy Street
- City and County: Boston. Suffolk County
- State and Zip Code: Massachusetts. 02111
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Case 1:24-cv-12425 Document 1 Filed 09/24/24 Page 3 of 5
Sharon-Shawn A. Bell vs. Boston Housing Authority et al Post COVID19
Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Chapter 45 Fair Housing 42 USC 3604 (f) 3 B refusal to make reasonable accommodations in rules, policies practices or services when such accommodations may be necessary to afford such person equal opportunity to use and enjoy a dwelling; HUD Handbook Chapter 6 Section 1 B (1) " The lease may cover only rental of the unit AND provision of services routinely provided at rental properties (e.g. parking)". 42 USC 1981 "Equal Rights" 42 USC 1983 "Deprivation"

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* N/A , is a citizen of the State of *(name)* _____ .

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* _____ ,
   and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* N/A , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Case 1:24-cv-12425 Document 1 Filed 09/24/24 Page 4 of 5

Sharon-Shawn A. Bell vs. Boston Housing Authority et al

Post COVID19

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* N/A , is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:
Being a HUD Section 8 recipient via Boston Housing Authority is a constant reminder of the discrimination I experienced because I am a slave-descendant-American Black, not Puerto Rican, White, immigrant nor foreigner. Every rent payment I am reminded of the trauma & helplessness of not being there for my sister as her older sibling when she needed me most.. Facing losing her daughter and grandchild; In 2018 BofA stole SSDI & prevented me from my grandmother funeral

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
The Defendant discrimination of not allowing the parking garage at dwelling to be included in HUD contracted rent caused me to lose my SUV (contradicting the HUD Handbook) via tow by BTD on Aug.01, 2024. On Sept.12, 2024 My sister called family for support because her daughter (niece) and great nephew were in critical condition in ICU/NICU. I could not leave Boston to return to Western Mass take my teenage niece/nephew (my elderly mother have custody of) to school so my mother could be there for her daughter, her first granddaughter and last great grandchild. My sister had to go through this alone. In 2018 BofA stole SSDI keeping me in Boston & I couldn't see my sick grandmother nor attend her funeral w/o funds.

### IV. Relief

Boston Housing Authority attorney Angela Marcolina #BBO664218 ILLEGALLY transferred a Superior Court lawsuit to MA Eastern Div. Housing Court which has NO case assigned as of September 23, 2024;; Email written request several times per MGL 258 Sect 4

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$1.5M (one million and five hundred thousand dollars) monetary and punitive damages including but not limited to purchase Brand New SUV Ford Explorer Limited 2024; w/all the features of my former SUV, immediate parking garage fees $450/mo. (If no availability at my residence dwelling; parking fees Haymarket SQ garage), storage unit fee, service dog fees, Immediate SUV Rental/parking; all registration reinstatement fees, previous parking tickets fees, Plymouth Rock Auto Insurance 3 years).. Purchase of new home so I don't have to be reminded of pain/helplessness by reporting to Boston Housing Authority as a recipient of HUD Section 8 program.. Seek Jury Trial

Case 1:24-cv-12425  Document 1  Filed 09/24/24  Page 5 of 5

Sharon-Shawn A. Bell vs. Boston Housing Authority et al

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Pain and Suffering. All this Court and Jury deem feasible. Motion for Emergency Hearing. Monetary and Punitive Damages "Relief is Sought" under the 42 USC 1981 "Equal Rights" as a slave-descendant-American-born-Black woman; 42 USC 342; USC 3604 (f) 3 (B); HUD Handbook Chpt 6 Sect B (1); 42 USC 1983 Deprivation of parking, storage unit (which one the premises) and service dog per fees to be included with contract rent, per HUD Title II Sect 504 Reasonable Accommodations and JURY DEMAND REQUEST are "Relief Sought".

*Post COVID*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/20/2024

Signature of Plaintiff: *S.A.Bell*
Printed Name of Plaintiff: Sharon-Shawn A. Bell

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____