UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| SHARON-SHAWN BELL,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON HOUSING AUTHORITY, et al.,<br><br>Defendants. | Civil Action No. 24-cv-12425-LTS |

ORDER

December 10, 2024

SOROKIN, D.J.

On November 4, 2024, the Court issued an order directing plaintiff Sharon-Shawn Bell to resolve the filing fee and file an amended complaint if she wished to proceed with this action. (Dkt. No. 3). The Court stated therein that failure to do so within 28 days could result in dismissal of this action.

The time for complying with the Court's November 4, 2024 order has lapsed without any response from Bell.

Accordingly, the Court DISMISSES this action without prejudice for failure to pay the filing fee and to file an amended complaint.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT JUDGE